IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| BARBARA LEWIS, As Mother and Next Friend of ANDRIENNE ALINA DIAZ, A Minor | ) ) ) ) |
| Plaintiffs | ) CIVIL ACTION ) ) CASE #JFM 00CV2027 ) |
| vs. | ) ) |
| BAJA'S FAMILY AMUSEMENTS A/k/a THE BAJA'S INC, and and ALLSTATE INSURANCE COMPANY | ) ) ) ) |
| Defendants | ) |

*****************

## STIPULATION OF DISMISSAL WITH PREJUDICE

Dear Clerk:

The parties, by their undersigned attorneys, hereby stipulate to a dismissal with prejudice of the above action.

_____
Deborah L. Potter, Esquire
Law Offices of Richard L. Jaklitsch, LLC
14350 Old Marlboro Pike
Upper Marlboro, Maryland 20772
Attorneys for Plaintiffs


_____
Jane Santoni, Esquire
Law Offices of Joseph T. Williams
401 Washington Avenue, Suite 200
Towson, Maryland 21204
Attorneys for Defendant

1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this _____ day of _____, 2001, a copy of the foregoing Stipulation of Dismissal With Prejudice, was mailed, first class mail, postage prepaid to Deborah L. Potter, Esquire, Law Offices of Richard L. Jaklitsch, LLC, 14350 Old Marlboro Pike, Upper Marlboro, Maryland 20772, Attorneys for Plaintiff.

_____
**JANE SANTONI**